# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF MISSOURI
## WESTERN DIVISION

| | |
|---|---|
| MICHAEL POWELL and JACQUELYN POWELL ) ) ) | |
| Plaintiffs, ) ) | |
| vs. ) ) | No. 05-0311-CV-W-FJG |
| WILLIAM M. OWENS and WESTON TRANSPORT, INC., ) ) ) | |
| Defendants. ) | |

## ORDER

Currently pending before the Court is plaintiff's Motion to Remand (Doc. # 6). Plaintiff's seek to remand the case because one of the defendants, Weston Transport, Inc. is a Missouri corporation with its principal place of business in Missouri. Defendants have filed a response stating that they consent to the Motion to Remand. Therefore, for good cause shown and with no opposition indicated plaintiff's Motion to Remand is hereby **GRANTED**. This case is **REMANDED** to the Circuit Court of Jackson County, Missouri at Kansas City. The Clerk of the Court is directed to mail a certified copy of this Order to the Clerk of the Circuit Court of Jackson County, Missouri at Kansas City as required by 28 U.S.C. § 1447(c).


Date: May 5, 2005
Kansas City, Missouri

**S/ FERNANDO J. GAITAN**, **JR.**
Fernando J. Gaitan, Jr.
United States District Judge